Tatxok, Chief-Justice,
 

 delivered the opinion of the Court:
 

 Tiie memorandum of
 
 “
 
 illegal consideration,” made on the docket, is entirely too indefinite to apprise the Plaintiff of the point on which Defendant actually relied. Of the numberless illegal considerations for which a bond may be given, it would be highly unreasonable to expect, that in every instance, the Plaintiff should understand that one precisely, which the Defendant intended to urge, when he entered his plea. But having guessed rightly, and summoned witnesses to explain the intended defence, what should prevent the Defendant from afterwards shifting his ground, and setting up some other objection to the bond, which the Plaintiff may be altogether unprepared to repel ? But upon looking into the affidavit filed in the case, the Court are of opinion that the Defendant ought to have leave to amend the
 
 pjea}
 
 and as he instructed his counsel ia due season,
 
 *288
 
 what was the nature of his defence, the justice of the cause, seems to require that the amendment should'be-made without costs,